**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KRISTY DAWN DELEON**                                                            **PLAINTIFF**

v.                             **CASE NO. 4:14-CV-00628 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                  **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects. Accordingly, DeLeon's complaint is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March 2016.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**Temple Darlene Peacock**     **Plaintiff**

**v.**     **No. 5:14-CV–174-BSM-JTR**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**     **Defendant**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.  IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case is DISMISSED, WITH PREJUDICE.  The relief sought is DENIED.

Dated this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE